UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ZAKIYYA SHABAZZ,[1] ET AL., on behalf of themselves and all others similarly situated, )
)
)
)
v. ) NO. 3:07-0653
) JUDGE ECHOLS
)
ASURION INSURANCE SERVICES, INC. and ASURION CORPORATION )
)

### ORDER

Plaintiffs have filed an Amended Motion to Conditionally Certify Class and Facilitate Class Notice (Docket Entry No. 33). In that filing, Plaintiffs state that the "Amended Motion supplants the previous Motion to Conditionally Certify Class and Facilitate Class Notice filed on June 28, 2007, Docket Entry No. 10" (Docket Entry No. 33 at 2), and that the earlier Motion should be considered withdrawn. Given the Amended Motion, the original "Motion to Conditionally Certify Class and Facilitate Class Notice" (Docket Entry No. 10) is hereby DENIED AS MOOT.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

---

[1] As reflected in the Court's Order of January 9, 2008, Zakiyya Shabazz is now the first-named Plaintiff to this case (Docket Entry No. 74).